# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER<br><br>Plaintiffs<br><br>v.<br><br>PALL MALL PROPERTIES LP; WESTSIDE HABITATS, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 2:17-cv-06611-FMO-GJS<br><br>ORDER GRANTING JOINT STIPULATION [16] FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants PALL MALL PROPERTIES LP; WESTSIDE HABITATS, LLC be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 2:17-cv-06611-FMO-GJS.

**IT IS SO ORDERED.**

Dated: January 16, 2018

_____/s/_____
Honorable Judge Fernando M. Olguin